IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| GREG ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| STANDARD FIRE INSURANCE | ) CV-05-3147 |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**REMOVAL NOTICE**

TO THE PLAINTIFF IN THE ABOVE-STYLED CAUSE AND HIS ATTORNEY OF RECORD:

Please take notice that on the 13th day of January, 2006, the undersigned, as attorneys for Defendant The Standard Fire Insurance Company ("Standard Fire"), incorrectly identified in plaintiff's complaint as "Standard Fire Insurance Company," and filed on its behalf a notice of removal in the United States District Court, for the Middle District of Alabama, Northern Division, to remove the above-entitled cause of action from the Circuit Court of Montgomery County, Alabama (CV-05-3147) to said United States District Court, and also filed a true copy of said Notice of Removal with the Clerk of the Circuit Court of Montgomery County, Alabama.

Respectfully submitted,

_____
Brenen G. Ely, ELY004
Joel S. Isenberg, ISE００
Attorneys for Defendant The Standard Fire
Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| __X__ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| _____ | E-File |

on this the 13th day of January, 2006.

_____
OF COUNSEL

cc:

Christopher E. Sanspree
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

2