IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREG ALLEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANDARD FIRE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:06cv035-WHA |

**ORDER**

Upon consideration of Plaintiff's Motion to Remand (Doc. #1), filed on January 19, 2006, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before February 15**, **2006** why the motion should not be granted. The Plaintiff shall have **until February 22, 2006** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 25th day of January, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE