IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREG ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| STANDARD FIRE INSURANCE | ) | CV-06-035 |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT THE STANDARD FIRE INSURANCE
COMPANY'S RESPONSE TO THIS COURT'S SHOW
CAUSE ORDER ON PLAINTIFF'S MOTION TO REMAND**

Comes now Defendant The Standard Fire Insurance Company ("Standard Fire"), incorrectly identified in the Plaintiff's complaint as "Standard Fire Insurance Company," and states the following in response to this Court's January 25, 2006 Show Cause Order on Plaintiff's Motion to Remand:

1. Defendant Standard Fire removed this action pursuant to 28 U.S.C. Section 1332 based on diversity of citizenship and because it appeared from the face of the Plaintiff's Complaint that he sought damages in excess of $75,000 from Defendant Standard Fire. (*See* Doc. 2, Standard Fire's Notice of Removal).

2. In his Motion to Remand, the Plaintiff has now clarified that "the amount in controversy is less than $75,000.00, . . . ." (Doc. 1, Motion to Remand, at p. 1). In support of his Motion to Remand, the Plaintiff submitted an affidavit in which he states, under oath, as follows:

> I do not and did not intend to seek damages in excess of the total amount $74,999.00 as demanded in my complaint, which is attached hereto as Exhibit "A".

> I irrevocably agree that the amount of damages claimed by me in this action is and will forever be no more than $74,999.00 exclusive of interest and costs. I irrevocably agree to the entry of an order of this Court which places an irrevocable cap upon the amount of damages which may be awarded to me in this case, and that this cap shall be set as $74,999.00 exclusive of interest and costs. I will under no circumstances accept a judgment or settlement in this case in excess of $74,999.00. I agree, acknowledge, and understand that this agreement is binding upon me and my heirs, executors, administrators, and assigns, and cannot be rescinded or revoked under any circumstances regardless of any development which may occur during the investigation, discovery, pretrial, or trial of this action.

(Doc. 1, Exh. B).

3. In light of the Plaintiffs' sworn statements, Standard Fire will not oppose the Plaintiffs' Motion to Remand if this Court will enter an Order, as agreed by the Plaintiff in his affidavit, "which places an irrevocable cap upon the amount of damages which may be awarded to [the Plaintiff] in this case, and that this cap shall be set as $74,999.00 exclusive of interest and costs."

4. Standard Fire does, however, respectfully requests that this Court maintain jurisdiction over this matter to enforce its Order. *See Lacey v. Dollar General Corp.*, 2005 U.S. Dist. LEXIS 35245, *4-*5 (M.D. Ala. 2005) (DeMent, J.); *Brooks v. Pre-Pair Legal Services., Inc.*, 153 F. Supp. 2d 1299 (M.D. Ala. 2001) (DeMent, J).

                                          Respectfully submitted,

                                          s/ Joel S. Isenberg
                                          Brenen G. Ely, 0366-E54B
                                          Joel S. Isenberg, 8855-B76J
                                          Attorneys for Defendant The Standard Fire
                                          Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

### CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|        |                   |
|--------|-------------------|
| _____ | Hand Delivery     |
| _____ | U. S. Mail        |
| _____ | Overnight Delivery |
| _____ | Facsimile         |
| X      | E-File            |

on this the 15th day of February, 2006.

                                                        s/ Joel S. Isenberg
                                                       OF COUNSEL

cc:

Christopher E. Sanspree
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103