IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREG ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv35-WHA |
| | ) | |
| STANDARD LIFE INSURANCE | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

In accordance with the Memorandum Opinion entered on this day, it is ORDERED as follows:

(1) By agreement of the Plaintiff, there is an irrevocable gap upon the amount of damages which may be awarded in this case in the amount of $74,999.00, exclusive of interest and costs.

(2) The Plaintiff's Motion to Remand (Doc. #1 ) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Montgomery County, Alabama.

(3) The clerk is DIRECTED to take all steps necessary to effect this remand.

Done this the 16th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE